## Charles W. Taylor v. Francis D. Boardman et al.

*Chancery Practice: Re-taxation of costs: Laches.* Where a party neglects to appear on taxation of costs after notice, and fails to show any excuse for such non-appearance, the court will not grant him relief by a re-taxation.

*Heard and Decided April 21st.*

Appeal in chancery from Kent Circuit.

Motion for re-taxation of costs.

This was an appeal in chancery, and it was dismissed on motion of the appellee for want of prosecution. The appellees thereupon proceeded to have their costs taxed after notice to the appellant, including in the bill of costs a solicitor's fee of $30, instead of $10, as it should have been.

The appellant did not appear on the taxation of costs to make any objection, and the bill was passed as it stood. Appellant asks a re-taxation, but does not in any way excuse his failure to appear before the taxing officer to make objection.

*A. Russell,* for the motion.

*Geo. Gray, contra.*

The Court held that the appellant should have appeared on the taxation; that, having failed to do so, he is not entitled to apply to this court for re-taxation unless he can excuse that failure.

*Motion denied.*